# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE ONEAL COUSIN

NO. 2024 KW 0652

**SEPTEMBER 9, 2024**

---

In Re: Willie Oneal Cousin, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 08-FELY-504642.

---

BEFORE: McCLENDON, WELCH, AND LANIER, JJ.

**WRIT DENIED.**

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT